IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerone McDougald,

    Plaintiff(s),

vs.

Jonathan Smoot, et al.,

    Defendant(s).

Case Number: 1:19cv50

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 27, 2019 a Report and Recommendation (Doc. 2). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 3).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's motion to proceed *in forma pauperis* is DENIED.

Plaintiff is ordered to pay the full $400 filing fee ($350 filing fee plus $50 administrative fee) required to commence this action within thirty (30) days. Plaintiff is notified that failure to pay the full $400 fee within the thirty days will result in the dismissal of his action. *See In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002).

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

_Susan J. Dlott_
Judge Susan J. Dlott
United States District Court